No. 76–1686. INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS, MARINE DIVISION, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1689. H. R. MORGAN, INC., ET AL. *v.* UNITED STATES EX REL. MISSISSIPPI ROAD SUPPLY CO. C. A. 5th Cir. Certiorari denied.

No. 76–1691. MATASSINI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1695. ECKMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1696. HAKIM *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 76–1697. MACDERMID, INC. *v.* SOUTHERN CALIFORNIA CHEMICAL CO., INC. C. A. 9th Cir. Certiorari denied.

No. 76–1698. MAYFIELD *v.* PHELPS. Sup. Ct. Ky. Certiorari denied.

No. 76–1700. ILLINOIS ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–1702. ROCHFORD ET AL. *v.* ALLIANCE TO END REPRESSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–1703. DURHAM HOSIERY MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 76–1707. HUERTA *v.* UNITED STATES. Ct. Cl. Certiorari denied.